# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SANTINA LOSURDO-BROSE,**

    Plaintiff,

v.                               Case No: 8:17-cv-02678-EAK-TBM

**ENHANCED RECOVERY COMPANY, LLC**,

    Defendant.
_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, **SANTINA LOSURDO-BROSE** ("Plaintiff"), and Defendant, **ENHANCED RECOVERY COMPANY, LLC** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **December 26, 2017**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | /s/ *Richard D. Rivera* |
| Kaelyn Steinkraus, Esq. | Richard D. Rivera, Esq. |
| Florida Bar No. 125132 | Florida Bar No.: 108251 |
| Michael A. Ziegler, Esq. | Email: rrivera@sgrlaw.com |
| Florida Bar No. 74864 | Scott S. Gallagher, Esq. |
| Law Office of Michael A. Ziegler, P.L. | Florida Bar No.: 0371970 |
| 13575 58th Street North, | Email: ssgallagher@sgrlaw.com |
| Ste. 129 | 50 North Laura Street |
| Clearwater, FL 33760 | Ste. 2600 |
| (p) (727) 538-4188 | Jacksonville, FL 32202 |
| (f) (727) 362-4778 | (904) 598-6111 |
| mike@zieglerlawoffice.com | (904) 598-6211 fax |
| kaelyn@zieglerlawoffice.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **26th** day of **December, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132